AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
SEP 21 2014
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-14-1840-M |
| Miguel Del Valle-Gulmar, YOB: 1980, COB: MX | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 20, 2014** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | defendant did knowingly and intentionally possess with the intent to distribute approximately 36 kilograms of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:
On September 20, 2014, Pharr Police Department (Pharr PD) officers conducted a traffic stop on a 2008 Jeep displaying Texas license plates. The vehicle was being driven by Miguel Del Valle-Gulmar, who gave officers consent to search his vehicle. Pharr PD K-9 alerted to the presence of narcotics inside the 2008 Jeep. A search of the vehicle resulted in the discovery of five (5) bundles of cocaine concealed in a bag inside of the 2008 Jeep.

✓ Continued on the attached sheet.

_____
Complainant's signature

Adrian Olivarez, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/21/2014    4:12 pm

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

# ATTACHMENT "A"

Pharr PD officers also received consent to search Miguel Del Valle-Gulmar's residence located in Pharr, Texas which resulted in the discovery of thirty (30) more bundles of cocaine and a large amount of currency. The total amount of cocaine bundles discovered in the vehicle and at the residence was thirty-five (35) with a total weight of approximately 36 kilograms of cocaine.

In a post Miranda interview, Miguel Del Valle-Gulmar admitted he knew he was transporting narcotics in his vehicle, but stated he did not know where he was going to deliver the narcotics. Del Valle-Gulmar admitted he was renting the residence where 30 additional bundles of narcotics were found and stated he had been securing the narcotics at his residence for approximately two (2) weeks. Del Valle-Gulmar also admitted to knowledge of all the currency hidden in his residence.